# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON,<br><br>              Plaintiff,<br><br>    v.<br><br>R. TRUESDELL, et al.,<br><br>              Defendants. | 3:20-cv-00436-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 48 |

Before the court is Plaintiff's Motion to Extend Dispositive Motions Deadlines to May 2, 2022 (ECF No. 48). Plaintiff requests the court extend the deadline to file dispositive motions to May 2, 2022, because Plaintiff's "inmate counsel substitute (ICS) has to handwrite all papers, pleadings and motions" and the "ICS working on plaintiff's case is also preparing summary judment (sic) in other cases." (*Id.* at 2, 3.)

Good cause appearing, Plaintiff's Motion to Extend Dispositive Motions Deadlines to May 2, 2022 (ECF No. 48) is **GRANTED** to the extent that the deadline for the parties to file dispositive motions is extended to and including **Monday, May 2, 2022**. There shall be no further extensions granted barring unforeseen and extenuating circumstances.

**IT IS SO ORDERED.**

DATED: April 5, 2022.

_____
UNITED STATES MAGISTRATE JUDGE