UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON,<br><br>                         Plaintiff,<br>  v.<br><br>R. TRUESDELL, *et al.*,<br><br>                        Defendants. | 3:20-cv-00436-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 76 |

Before the court is Plaintiff's Motion for Extension of Time to File Pretrial Order (ECF No. 76). Plaintiff requests an additional forty-five (45) days in which to file the Joint Pretrial Order.

Good cause appearing, Plaintiff's Motion for Extension of Time to File Pretrial Order (ECF No. 76) is **GRANTED** to the extent that the parties shall have to and including **July 13, 2023**, in which to file their Joint Pretrial Order. **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

**IT IS SO ORDERED.**

DATED: April 25, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1