FEB -8
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| VERNON NELSON, | Case No. 3:20-cv-00436-MMD-CSD |
|---|---|
| Plaintiff, | **VERDICT FORM** |
| v. | |
| R. TRUESDELL, | |
| Defendant. | |

We the jury in the above-entitled matter hereby find as follows:

### PART I: LIABILITY

**QUESTION NO. 1:** Did Plaintiff establish by a preponderance of the evidence that Defendant violated his Eighth Amendment right to be free from cruel and unusual punishment by sexually assaulting him?

Yes _____      No __X__

**QUESTION NO. 2:** Did Plaintiff establish by a preponderance of the evidence that Defendant violated his First Amendment right to file a grievance by retaliating against him?

Yes __X__      No _____

*If you answered "No" to Question Nos. 1 and 2, your deliberations are complete; do not answer any further questions. Sign and return the verdict form to the bailiff. If you answered "Yes" to Question No. 1 and/or Question No. 2, please proceed to Part II.*

# PART II: DAMAGES

**QUESTION NO. 3:** We find by a preponderance of the evidence that because of Defendant's violation of Plaintiff's Eighth Amendment rights, Plaintiff is entitled to nominal damages.

Yes \_\_\_\_\_          No \_\_\_\_\_

**QUESTION NO. 4:** We find by a preponderance of the evidence that because of Defendant's violation of Plaintiff's First Amendment rights, Plaintiff is entitled to nominal damages.

Yes __X__          No \_\_\_\_\_

*If you found liability in Part I, above, you must at least award nominal damages, which are set at and may not exceed $1.00.*

**QUESTION NO. 5:** We find by a preponderance of the evidence that because of Defendant's violation of Plaintiff's Eighth Amendment rights, Plaintiff is entitled to an award of compensatory damages in the amount of:

$_____

**QUESTION NO. 6:** We find by a preponderance of the evidence that because of Defendant's violation of Plaintiff's First Amendment rights, Plaintiff is entitled to an award of compensatory damages in the amount of:

$ 5,000

*Please only enter an amount if you find Plaintiff is entitled to damages against Defendant. You are not required to award compensatory damages.*

**QUESTION NO. 7:** We find by a preponderance of the evidence that Plaintiff is also entitled to punitive damages for his violation of Plaintiff's Eighth Amendment rights.

Yes _____    No _____

**QUESTION NO. 8:** We find by a preponderance of the evidence that Plaintiff is also entitled to punitive damages for his violation of Plaintiff's First Amendment rights.

Yes _X_    No _____

*If you answered "No" to Question Nos. 7 and 8, your deliberations are complete; do not answer Question No. 9. Sign and return the verdict form to the bailiff. If you answered "Yes" to Question No. 7 and/or Question No. 8, please proceed to and complete Question Nos. 9 and 10.*

**QUESTION NO. 9:** We find by a preponderance of the evidence that Plaintiff is entitled to punitive damages for the violation of his Eighth Amendment rights in the amount of:    $_____

**QUESTION NO. 10:** We find by a preponderance of the evidence that Plaintiff is entitled to punitive damages for the violation of his First Amendment rights in the amount of:    $ _20,000_

*Please only enter an amount if you find Plaintiff is entitled to punitive damages against Defendant. You are not required to award punitive damages.*

DATED THIS _8_ Day of February 2024.

/s/

JURY FOREPERSON