Follow up letter

2/11/24

From:

Vernon Nelson #80689
P.O. Box 7000 N.N.C.C.
Carson City, NV 89702

__Filed __Received __Entered __Served On
Counsel/Parties of Record

FEB 1 4 2024

Clerk US District Court
District of Nevada
By:_____ Deputy

Case No. 3:20-CV-00436-MMD-CSD

Re: Follow up letter (Change of address)

Dear,
  Clerk of the Court

I'm writing as on 2/6/24 I submitted an "address change" filed with the U.S. District Court of Nevada informing the Court to send all future correspondence to me from the Court to my New above mentioned address @ N.N.C.C. in Carson City.

My Trial Concluded in Nelson V. Truesdell Case No. 3:20-CV-00436-MMD-CSD on 2/8/24 and I still have Not received the judges order/ (Copy) of the judges order of the jury verdict for my record. Can you please double check your records and ensure that a Copy of the judges order is Sent To me at my New address in Carson City. Please & Thank You  Vernon Nelson